# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| COMMONWEALTH OF PENNSYLVANIA, | : | No. 148 EM 2015 |
|---|---|---|
| Respondent | : | |
| v. | : | |
| WILLIAM ROBINSON, | : | |
| Petitioner | : | |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 21st day of January, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.

    Mr. Justice Eakin did not participate in the consideration or decision of this matter.